1  Joan M. Cotkin (CA 70665)
   jcotkin@nossaman.com
2  Terry C. Leuin (CA 105968)
   tleuin@nossaman.com
3  Nossaman LLP
   777 S. Figueroa Street, 34th Floor
4  Los Angeles, CA 90017
   Telephone: 213.612.7800
5  Facsimile: 213.612.7801

6  Attorneys for Defendant SENECA SPECIALTY INSURANCE
   COMPANY ERRONEOUSLY SUED AS SENECA
7  INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALLEN ALEVY, AN INDIVIDUAL, DBA ALEVY & ASSOCIATES, Plaintiff, vs. SENECA INSURANCE COMPANY, Defendant. | Case No: CV 11-8593 GAF (SSx)<br><br>**JUDGMENT [PROPOSED]**<br><br>Complaint Filed: 9/28/11<br>Bench Trial Date: 12/18/12 |
|---|---|

419293_1.DOC

Case No. 11-CV-8593 (GAF) (SSx)

JUDGMENT [PROPOSED]

The Motion for Summary Judgment filed by Defendant SENECA SPECIALTY INSURANCE COMPANY ERRONEOUSLY SUED AS SENECA INSURANCE COMPANY, INC. was noticed for hearing on March 26, 2012, and the Court took it under submission. After considering the moving papers and evidence and opposing papers and evidence and reply papers, this Court GRANTS the Motion based upon the moving papers including the evidence submitted therewith, and on the grounds set forth therein, and finding there are no disputed issues of fact enters Judgment herein for Defendant. This Court GRANTS the Defendant's Motion for Summary Judgment in its entirety.

[In the alternative, this Court summarily adjudicates the following issues:

1. All covered claims having been paid, there is no breach of contract claim and the First Cause of Action is dismissed forthwith.

2. All covered claims having been paid, there is no breach of the implied covenant of good faith and fair dealing, and the Second Cause of Action is dismissed forthwith.

3. All covered claims having been paid, there is no fraud, and the Third Cause of Action is dismissed forthwith.]

Defendant, as prevailing party, to submit its request for fees and costs, if any within 15 days of entry of this JUDGMENT.

IT IS SO ORDERED ADJUDGED AND DECREED.

Dated: September 24, 2012

By: _____
GARY ALLEN FEESS
United States District Court Judge